No. A–193 (79–444). FERNOS-LOPEZ *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL. C. A. 1st Cir. Application for stay of proceedings, addressed to THE CHIEF JUSTICE and referred to the Court, denied.